**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADEL HAMLILY,<br><br>    Petitioner,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Respondents. | Civil Action No. 05-0763 (JDB) |
| WALEED SAEED BN SAEED ZAID, et al.,<br><br>    Petitioners,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Respondents. | Civil Action No. 05-1646 (JDB) |
| ABDUL HAMID ABDUL SALAM<br>AL-GHIZZAWI,<br><br>    Petitioner,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Respondents. | Civil Action No. 05-2378 (JDB) |
| MOAMMAR BADAWI DOKHAN,<br><br>    Petitioner,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Respondents. | Civil Action No. 08-0987 (JDB) |
| SHAWALI KHAN,<br><br>    Petitioner,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Respondents. | Civil Action No. 08-1101 (JDB) |

| | |
|---|---|
| **MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR**<br><br>    Petitioner,<br><br>    v.<br><br>**BARACK OBAMA, et al.,**<br><br>    Respondents. | Civil Action No.  08-1236 (JDB) |

## ORDER

Through respondents' March 13, 2009 memorandum, "the Government refined its position with respect to its authority to detain those persons who are now being held at Guantanamo Bay."  Resp'ts' Mem. at 1; *see Hamlily v. Obama*, Civ.A.No. 05-0763 (dkt. ent. #175).  Accordingly, petitioners in the above-captioned cases shall have the opportunity to respond to the Government's memorandum and likewise to refine their positions on the scope of the Government's detention authority relative to those persons held at Guantanamo Bay.  In the interest of judicial efficiency and to avoid delays in these proceedings, the Court encourages petitioners to work cooperatively and, to the extent possible, to file a joint submission with the Court.  The Court will also set a tentative date for oral argument on this issue.  This joint hearing may be subject to change or cancellation by further order of the Court pending petitioners' submissions.

Therefore, it is hereby **ORDERED** that by not later than March 27, 2009, petitioners shall respond to respondents' March 13, 2009 memorandum and submit any refinement of their position on the appropriate scope of the Government's detention authority with respect to those persons being held at Guantanamo Bay; it is further

**ORDERED** that if three or more petitioners file a joint submission, then it shall be limited to fifteen (15) pages in length.  Individual submissions and joint submissions by two

-3-

petitioners shall be limited to eight (8) pages in length; and it is further

**ORDERED** that a joint hearing on the proper scope of the Government's detention authority is tentatively set for April 8, 2009 at 2:00 p.m. in Courtroom 8.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: March 16, 2009